THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT GEER, JR., AND OTHERS, APPELLANTS, v. THE COMMON COUNCIL OF THE CITY OF TROY, JAMES C. SHANLEY, AND OTHERS, RESPONDENTS.

Order affirmed, with $10 costs and disbursements.

LEARNED, P. J., taking no part.

---

JESSE A. SHAW, APPELLANT, v. HARRIET S. HAMILTON, RESPONDENT.

Decree of surrogate affirmed, with costs against appellant.

---

IRENA HULL, ADMINISTRATRIX, &c., AND JOHN DENNISON, ADMINISTRATOR, &c., RESPONDENT, v. THE VERMONT CENTRAL RAILROAD COMPANY, APPELLANT.

Judgment affirmed, with costs.

---

HARRIET E. JOHNSON, RESPONDENT, v. GEORGE SIDNEY CAMP, AS EXECUTOR, &c., APPELLANT.

Order affirmed, with costs.

---

JOSEPH KRING, AS EXECUTOR, &c., RESPONDENT, v. ABNER POWELL, APPELLANT.

Judgment affirmed, with costs.

---

JOHN W. BROWN, RESPONDENT, v. THE CITY OF ELMIRA, APPELLANT.

Motion for new trial denied, and judgment ordered for plaintiff on verdict, with costs.

---

JOHN E. WENTZ, APPELLANT, v. JAMES B. BROWN, RESPONDENT.

Judgment affirmed, with costs.

Memorandum by LEARNED, P. J.

---

JOHANNA KEATING, ADMINISTRATRIX, &c., RESPONDENT, v. ST. MARY'S CHURCH, HUDSON, N. Y., APPELLANT, IMPLEADED WITH THE HUDSON CITY SAVINGS INSTITUTION.

Judgment affirmed, with costs.